Certificate Number: 01267-NJ-DE-034021121

Bankruptcy Case Number: 19-26895



01267-NJ-DE-034021121

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 29, 2020, at 8:32 o'clock PM EST, Marlo M Brown completed a course on personal financial management given by internet by Money Management International, Inc., a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date:   January 29, 2020

By:    /s/Rita Ramos

Name:   Rita Ramos

Title:   Counselor