STEVEN J. ABELSON
ABELSON LAW OFFICES
80 WEST MAIN STREET
PO BOX 7005
FREEHOLD, NJ  07728

Re: MARLO MARIE BROWN
    1216 ESSEX AVENUE
    LINDEN,  NJ  07036

Atty: STEVEN J. ABELSON
      ABELSON LAW OFFICES
      80 WEST MAIN STREET
      PO BOX 7005
      FREEHOLD, NJ  07728

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/15/2021
### Chapter 13 Case # 19-26895

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $11,800.00**

### RECEIPTS AS OF 01/15/2021  (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 12/09/2019 | $300.00 | | 12/11/2019 | $600.00 | STEVEN 04759 |
| 01/06/2020 | $300.00 | | 01/31/2020 | $300.00 | |
| 03/06/2020 | $300.00 | | 04/03/2020 | $300.00 | |
| 05/01/2020 | $300.00 | | 06/01/2020 | $300.00 | |
| 07/06/2020 | $300.00 | | 07/31/2020 | $300.00 | |
| 09/04/2020 | $300.00 | | 10/02/2020 | $300.00 | |
| 10/30/2020 | $300.00 | | 12/04/2020 | $300.00 | |
| 01/05/2021 | $300.00 | | | | |

**Total Receipts: $4,800.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan:  $4,800.00**

### LIST OF PAYMENTS TO CLAIMS AS OF 01/15/2021  (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| LAKEVIEW LOAN SERVICING LLC | | | | | | |
| | 08/17/2020 | $28.90 | 853,896 | 09/21/2020 | $277.50 | 855,674 |
| | 10/19/2020 | $277.50 | 857,573 | 11/16/2020 | $277.50 | 859,368 |
| | 12/21/2020 | $277.50 | 861,156 | 01/11/2021 | $277.50 | 862,999 |

### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 333.60 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 3,050.00 | 100.00% | 3,050.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | AMERICAN EXPRESS BANK | UNSECURED | 16,122.12 | * | 0.00 | |
| 0002 | BANK OF AMERICA | UNSECURED | 24,874.12 | * | 0.00 | |
| 0004 | CAVALRY SPV I LLC | UNSECURED | 24,780.82 | * | 0.00 | |
| 0006 | DISCOVER BANK | UNSECURED | 6,180.53 | * | 0.00 | |
| 0008 | MIDLAND FUNDING LLC | UNSECURED | 3,902.15 | * | 0.00 | |
| 0009 | LAKEVIEW LOAN SERVICING LLC | MORTGAGE ARR | 2,086.80 | 100.00% | 1,416.40 | |

Chapter 13 Case # 19-26895

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| 0011 | TRANSWORLD SYSTEMS, INC | UNSECURED | 3,206.17 | * | 0.00 | |
| 0012 | QUANTUM3 GROUP LLC | UNSECURED | 308.53 | * | 0.00 | |
| 0013 | ECMC | UNSECURED | 1,070.24 | * | 0.00 | |
| 0015 | SANTANDER BANK NA | UNSECURED | 3,291.15 | * | 0.00 | |
| 0017 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 7,628.90 | * | 0.00 | |
| 0018 | BANK OF AMERICA | UNSECURED | 22,955.47 | * | 0.00 | |
| 0019 | AMERICAN EXPRESS NATIONAL BANK | UNSECURED | 1,958.12 | * | 0.00 | |
| 0020 | DISCOVER STUDENT LOANS | UNSECURED | 39,679.06 | * | 0.00 | |
| 0021 | DISCOVER STUDENT LOANS | UNSECURED | 41,193.44 | * | 0.00 | |
| 0022 | DISCOVER STUDENT LOANS | UNSECURED | 37,449.26 | * | 0.00 | |
| 0023 | DISCOVER STUDENT LOANS | UNSECURED | 7,380.33 | * | 0.00 | |
| 0024 | DISCOVER STUDENT LOANS | UNSECURED | 35,926.17 | * | 0.00 | |
| 0025 | VERIZON BY AMERICAN INFOSOURCE A | UNSECURED | 553.07 | * | 0.00 | |
| 0026 | VERIZON BY AMERICAN INFOSOURCE A | UNSECURED | 817.78 | * | 0.00 | |

**Total Paid:  $4,800.00**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 15, 2021.

Receipts: $4,800.00      -      Paid to Claims: $1,416.40      -      Admin Costs Paid: $3,383.60      =      Funds on Hand: $0.00

**NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.