STEVEN J. ABELSON
ABELSON LAW OFFICES
80 WEST MAIN STREET
PO BOX 7005
FREEHOLD, NJ  07728

Re:  MARLO MARIE BROWN                                 Atty:  STEVEN J. ABELSON
     1216 ESSEX AVENUE                                              ABELSON LAW OFFICES
     LINDEN,  NJ  07036                                                 80 WEST MAIN STREET
                                                                                                                                                                                                    PO BOX 7005
                                                                                                                                                                  FREEHOLD, NJ  07728

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/14/2022
### Chapter 13 Case # 19-26895

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $11,800.00**

### RECEIPTS AS OF 01/14/2022    (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 12/09/2019 | $300.00 | | 12/11/2019 | $600.00 | STEVEN 04759 |
| 01/06/2020 | $300.00 | | 01/31/2020 | $300.00 | |
| 03/06/2020 | $300.00 | | 04/03/2020 | $300.00 | |
| 05/01/2020 | $300.00 | | 06/01/2020 | $300.00 | |
| 07/06/2020 | $300.00 | | 07/31/2020 | $300.00 | |
| 09/04/2020 | $300.00 | | 10/02/2020 | $300.00 | |
| 10/30/2020 | $300.00 | | 12/04/2020 | $300.00 | |
| 01/05/2021 | $300.00 | | 01/29/2021 | $300.00 | |
| 03/05/2021 | $300.00 | | 04/02/2021 | $300.00 | |
| 04/30/2021 | $300.00 | | 06/07/2021 | $300.00 | |
| 07/02/2021 | $300.00 | | 07/30/2021 | $300.00 | |
| 09/03/2021 | $300.00 | | 10/01/2021 | $300.00 | |
| 10/29/2021 | $300.00 | | 12/03/2021 | $300.00 | |
| 01/03/2022 | $300.00 | | | | |

**Total Receipts: $8,400.00  -  Amount Refunded to Debtor: $0.00  =  Receipts Applied to Plan: $8,400.00**

### LIST OF PAYMENTS TO CLAIMS AS OF 01/14/2022    (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| AMERICAN EXPRESS BANK | | | | | | |
| | 04/19/2021 | $9.36 | 8,002,174 | 05/17/2021 | $16.02 | 8,002,225 |
| | 06/21/2021 | $16.28 | 8,002,273 | 07/19/2021 | $16.28 | 8,002,326 |
| | 08/16/2021 | $16.28 | 8,002,378 | 09/20/2021 | $16.28 | 8,002,428 |
| | 10/18/2021 | $16.45 | 8,002,477 | 11/17/2021 | $16.45 | 8,002,524 |
| | 12/13/2021 | $16.45 | 8,002,577 | 01/10/2022 | $16.48 | 8,002,629 |

**Chapter 13 Case # 19-26895**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| AMERICAN EXPRESS NATIONAL BANK | | | | | | | |
| | 06/21/2021 | $5.06 | 872,097 | | 09/20/2021 | $5.93 | 877,315 |
| | 12/13/2021 | $5.99 | 882,439 | | | | |
| BANK OF AMERICA | | | | | | | |
| | 04/19/2021 | $14.44 | 868,422 | | 04/19/2021 | $13.32 | 868,422 |
| | 05/17/2021 | $24.72 | 870,330 | | 05/17/2021 | $22.81 | 870,330 |
| | 06/21/2021 | $25.11 | 872,131 | | 06/21/2021 | $23.19 | 872,131 |
| | 07/19/2021 | $25.12 | 873,935 | | 07/19/2021 | $23.18 | 873,935 |
| | 08/16/2021 | $25.12 | 875,618 | | 08/16/2021 | $23.18 | 875,618 |
| | 09/20/2021 | $25.12 | 877,345 | | 09/20/2021 | $23.18 | 877,345 |
| | 10/18/2021 | $25.38 | 879,122 | | 10/18/2021 | $23.43 | 879,122 |
| | 11/17/2021 | $25.38 | 880,833 | | 11/17/2021 | $23.43 | 880,833 |
| | 12/13/2021 | $23.43 | 882,469 | | 12/13/2021 | $25.38 | 882,469 |
| | 01/10/2022 | $25.43 | 884,125 | | 01/10/2022 | $23.34 | 884,125 |
| CAVALRY SPV I LLC | | | | | | | |
| | 04/19/2021 | $14.38 | 868,499 | | 05/17/2021 | $24.63 | 870,396 |
| | 06/21/2021 | $25.02 | 872,206 | | 07/19/2021 | $25.02 | 874,004 |
| | 08/16/2021 | $25.02 | 875,686 | | 09/20/2021 | $25.02 | 877,417 |
| | 10/18/2021 | $25.29 | 879,198 | | 11/17/2021 | $25.29 | 880,903 |
| | 12/13/2021 | $25.29 | 882,538 | | 01/10/2022 | $25.34 | 884,194 |
| DISCOVER BANK | | | | | | | |
| | 05/17/2021 | $9.72 | 870,479 | | 06/21/2021 | $6.25 | 872,290 |
| | 07/19/2021 | $6.24 | 874,082 | | 08/16/2021 | $6.24 | 875,765 |
| | 09/20/2021 | $6.24 | 877,508 | | 10/18/2021 | $6.31 | 879,277 |
| | 11/17/2021 | $6.31 | 880,988 | | 12/13/2021 | $6.31 | 882,619 |
| | 01/10/2022 | $6.28 | 884,271 | | | | |
| DISCOVER STUDENT LOANS | | | | | | | |
| | 04/19/2021 | $23.03 | 868,590 | | 04/19/2021 | $23.91 | 868,590 |
| | 04/19/2021 | $21.74 | 868,590 | | 04/19/2021 | $20.85 | 868,590 |
| | 05/17/2021 | $39.43 | 870,487 | | 05/17/2021 | $40.94 | 870,487 |
| | 05/17/2021 | $37.21 | 870,487 | | 05/17/2021 | $11.61 | 870,487 |
| | 05/17/2021 | $35.70 | 870,487 | | 06/21/2021 | $40.06 | 872,298 |
| | 06/21/2021 | $41.59 | 872,298 | | 06/21/2021 | $37.82 | 872,298 |
| | 06/21/2021 | $7.46 | 872,298 | | 06/21/2021 | $36.28 | 872,298 |
| | 07/19/2021 | $40.07 | 874,090 | | 07/19/2021 | $41.60 | 874,090 |
| | 07/19/2021 | $37.82 | 874,090 | | 07/19/2021 | $7.45 | 874,090 |
| | 07/19/2021 | $36.28 | 874,090 | | 08/16/2021 | $40.07 | 875,773 |
| | 08/16/2021 | $41.60 | 875,773 | | 08/16/2021 | $37.82 | 875,773 |
| | 08/16/2021 | $7.45 | 875,773 | | 08/16/2021 | $36.28 | 875,773 |
| | 09/20/2021 | $40.07 | 877,516 | | 09/20/2021 | $41.60 | 877,516 |
| | 09/20/2021 | $37.81 | 877,516 | | 09/20/2021 | $7.45 | 877,516 |
| | 09/20/2021 | $36.28 | 877,516 | | 10/18/2021 | $40.49 | 879,285 |
| | 10/18/2021 | $42.04 | 879,285 | | 10/18/2021 | $38.22 | 879,285 |
| | 10/18/2021 | $7.53 | 879,285 | | 10/18/2021 | $36.66 | 879,285 |
| | 11/17/2021 | $40.49 | 880,996 | | 11/17/2021 | $42.04 | 880,996 |
| | 11/17/2021 | $38.22 | 880,996 | | 11/17/2021 | $7.53 | 880,996 |
| | 11/17/2021 | $36.66 | 880,996 | | 12/13/2021 | $40.49 | 882,627 |
| | 12/13/2021 | $42.04 | 882,627 | | 12/13/2021 | $38.22 | 882,627 |
| | 12/13/2021 | $7.53 | 882,627 | | 12/13/2021 | $36.66 | 882,627 |
| | 01/10/2022 | $40.56 | 884,279 | | 01/10/2022 | $41.89 | 884,279 |
| | 01/10/2022 | $38.08 | 884,279 | | 01/10/2022 | $7.55 | 884,279 |
| | 01/10/2022 | $36.72 | 884,279 | | | | |
| ECMC | | | | | | | |
| | 09/20/2021 | $6.00 | 877,525 | | | | |

**Chapter 13 Case # 19-26895**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| LAKEVIEW LOAN SERVICING LLC | | | | | | | |
| | 08/17/2020 | $28.90 | 853,896 | | 09/21/2020 | $277.50 | 855,674 |
| | 10/19/2020 | $277.50 | 857,573 | | 11/16/2020 | $277.50 | 859,368 |
| | 12/21/2020 | $277.50 | 861,156 | | 01/11/2021 | $277.50 | 862,999 |
| | 02/22/2021 | $277.50 | 864,597 | | 03/15/2021 | $277.50 | 866,510 |
| | 04/19/2021 | $115.40 | 868,117 | | | | |
| MIDLAND FUNDING LLC | | | | | | | |
| | 05/17/2021 | $6.14 | 869,746 | | 07/19/2021 | $7.87 | 873,369 |
| | 09/20/2021 | $7.88 | 876,778 | | 11/17/2021 | $7.96 | 880,287 |
| | 01/10/2022 | $7.99 | 883,590 | | | | |
| PRA RECEIVABLES MANAGEMENT LLC | | | | | | | |
| | 05/17/2021 | $12.00 | 8,002,234 | | 06/21/2021 | $7.71 | 8,002,277 |
| | 07/19/2021 | $7.70 | 8,002,330 | | 08/16/2021 | $7.70 | 8,002,383 |
| | 09/20/2021 | $7.70 | 8,002,432 | | 10/18/2021 | $7.78 | 8,002,481 |
| | 11/17/2021 | $7.78 | 8,002,529 | | 12/13/2021 | $7.79 | 8,002,581 |
| | 01/10/2022 | $7.82 | 8,002,633 | | | | |
| SANTANDER BANK NA | | | | | | | |
| | 05/17/2021 | $5.18 | 870,944 | | 07/19/2021 | $6.63 | 874,519 |
| | 09/20/2021 | $6.65 | 878,000 | | | | |
| SANTANDER BANK, N.A. | | | | | | | |
| | 11/17/2021 | $6.72 | 881,432 | | 01/10/2022 | $6.74 | 884,716 |
| TRANSWORLD SYSTEMS, INC | | | | | | | |
| | 05/17/2021 | $5.05 | 871,248 | | 07/19/2021 | $6.46 | 874,825 |
| | 09/20/2021 | $6.48 | 878,324 | | 11/17/2021 | $6.54 | 881,731 |
| | 01/10/2022 | $6.56 | 885,015 | | | | |
| VERIZON BY AMERICAN INFOSOURCE AS AGENT | | | | | | | |
| | 10/18/2021 | $5.42 | 878,881 | | 01/10/2022 | $5.36 | 883,880 |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 555.60 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 3,050.00 | 100.00% | 3,050.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | AMERICAN EXPRESS BANK | UNSECURED | 16,122.12 | * | 156.33 | |
| 0002 | BANK OF AMERICA | UNSECURED | 24,874.12 | * | 241.20 | |
| 0004 | CAVALRY SPV I LLC | UNSECURED | 24,780.82 | * | 240.30 | |
| 0006 | DISCOVER BANK | UNSECURED | 6,180.53 | * | 59.90 | |
| 0008 | MIDLAND FUNDING LLC | UNSECURED | 3,902.15 | * | 37.84 | |
| 0009 | LAKEVIEW LOAN SERVICING LLC | MORTGAGE ARRE | 2,086.80 | 100.00% | 2,086.80 | |
| 0011 | TRANSWORLD SYSTEMS, INC | UNSECURED | 3,206.17 | * | 31.09 | |
| 0012 | QUANTUM3 GROUP LLC | UNSECURED | 308.53 | * | 0.00 | |
| 0013 | ECMC | UNSECURED | 1,070.24 | * | 6.00 | |
| 0015 | SANTANDER BANK, N.A. | UNSECURED | 3,291.15 | * | 31.92 | |
| 0017 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 7,628.90 | * | 73.98 | |
| 0018 | BANK OF AMERICA | UNSECURED | 22,955.47 | * | 222.49 | |
| 0019 | AMERICAN EXPRESS NATIONAL BANK | UNSECURED | 1,958.12 | * | 16.98 | |
| 0020 | DISCOVER STUDENT LOANS | UNSECURED | 39,679.06 | * | 384.76 | |
| 0021 | DISCOVER STUDENT LOANS | UNSECURED | 41,193.44 | * | 399.25 | |
| 0022 | DISCOVER STUDENT LOANS | UNSECURED | 37,449.26 | * | 362.96 | |
| 0023 | DISCOVER STUDENT LOANS | UNSECURED | 7,380.33 | * | 71.56 | |
| 0024 | DISCOVER STUDENT LOANS | UNSECURED | 35,926.17 | * | 348.37 | |
| 0025 | VERIZON BY AMERICAN INFOSOURCE A | UNSECURED | 553.07 | * | 5.36 | |
| 0026 | VERIZON BY AMERICAN INFOSOURCE A | UNSECURED | 817.78 | * | 5.42 | |

**Total Paid: $8,388.11**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 14, 2022.

Receipts: $8,400.00         -    Paid to Claims: $4,782.51    -    Admin Costs Paid: $3,605.60    =    Funds on Hand: $11.89

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.