Marie-Ann Greenberg, Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF NOVEMBER 8, 2022

**Chapter 13 Case # 19-26895**

Re:   MARLO MARIE BROWN  
    1216 ESSEX AVENUE  
    LINDEN, NJ  07036

Atty:   STEVEN J. ABELSON  
    ABELSON LAW OFFICES  
    80 WEST MAIN STREET  
    PO BOX 7005  
    FREEHOLD, NJ  07728

**PLEASE SEE SUMMARY SECTION FOR ESTIMATED BALANCE TO COMPLETE.**

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $11,800.00**

## RECEIPTS   (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 12/09/2019 | $300.00 | | 12/11/2019 | $600.00 | STEVEN 04759 |
| 01/06/2020 | $300.00 | | 01/31/2020 | $300.00 | |
| 03/06/2020 | $300.00 | | 04/03/2020 | $300.00 | |
| 05/01/2020 | $300.00 | | 06/01/2020 | $300.00 | |
| 07/06/2020 | $300.00 | | 07/31/2020 | $300.00 | |
| 09/04/2020 | $300.00 | | 10/02/2020 | $300.00 | |
| 10/30/2020 | $300.00 | | 12/04/2020 | $300.00 | |
| 01/05/2021 | $300.00 | | 01/29/2021 | $300.00 | |
| 03/05/2021 | $300.00 | | 04/02/2021 | $300.00 | |
| 04/30/2021 | $300.00 | | 06/07/2021 | $300.00 | |
| 07/02/2021 | $300.00 | | 07/30/2021 | $300.00 | |
| 09/03/2021 | $300.00 | | 10/01/2021 | $300.00 | |
| 10/29/2021 | $300.00 | | 12/03/2021 | $300.00 | |
| 01/03/2022 | $300.00 | | 02/04/2022 | $300.00 | |
| 03/04/2022 | $300.00 | | 04/01/2022 | $300.00 | |
| 05/02/2022 | $300.00 | | 06/06/2022 | $300.00 | |
| 06/07/2022 | $200.00 | | 07/01/2022 | $500.00 | |
| 07/29/2022 | $500.00 | | 09/02/2022 | $500.00 | |
| 09/30/2022 | $200.00 | | 09/30/2022 | $500.00 | |

**Total Receipts: $12,300.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan:  $12,300.00**

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 696.60 | |
| ATTY | ATTORNEY | ADMIN | 3,050.00 | 100.00% | 3,050.00 | 0.00 |

**Chapter 13 Case # 19-26895**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---:|---:|---:|---:|
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | AMERICAN EXPRESS BANK | UNSECURED | 16,122.12 | * | 344.44 | |
| 0002 | BANK OF AMERICA | UNSECURED | 24,874.12 | * | 531.42 | |
| 0004 | CAVALRY SPV I LLC | UNSECURED | 24,780.82 | * | 529.42 | |
| 0006 | DISCOVER BANK | UNSECURED | 6,180.53 | * | 128.16 | |
| 0008 | MIDLAND FUNDING LLC | UNSECURED | 3,902.15 | * | 80.92 | |
| 0009 | LAKEVIEW LOAN SERVICING LLC | MORTGAGE ARRE | 2,086.80 | 100.00% | 2,086.80 | |
| 0011 | TRANSWORLD SYSTEMS, INC | UNSECURED | 3,206.17 | * | 66.48 | |
| 0012 | QUANTUM3 GROUP LLC | UNSECURED | 308.53 | * | 5.33 | |
| 0013 | ECMC | UNSECURED | 1,070.24 | * | 22.20 | |
| 0015 | SANTANDER BANK, N.A. | UNSECURED | 3,291.15 | * | 68.25 | |
| 0017 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 7,628.90 | * | 158.19 | |
| 0018 | BANK OF AMERICA | UNSECURED | 22,955.47 | * | 490.42 | |
| 0019 | AMERICAN EXPRESS NATIONAL BANK | UNSECURED | 1,958.12 | * | 37.22 | |
| 0020 | DISCOVER STUDENT LOANS | UNSECURED | 39,679.06 | * | 847.72 | |
| 0021 | DISCOVER STUDENT LOANS | UNSECURED | 41,193.44 | * | 880.07 | |
| 0022 | DISCOVER STUDENT LOANS | UNSECURED | 37,449.26 | * | 800.07 | |
| 0023 | DISCOVER STUDENT LOANS | UNSECURED | 7,380.33 | * | 153.03 | |
| 0024 | DISCOVER STUDENT LOANS | UNSECURED | 35,926.17 | * | 767.54 | |
| 0025 | VERIZON BY AMERICAN INFOSOURCE A | UNSECURED | 553.07 | * | 10.52 | |
| 0026 | VERIZON BY AMERICAN INFOSOURCE A | UNSECURED | 817.78 | * | 15.54 | |

**Total Paid: $11,770.34**
See Summary

## LIST OF PAYMENTS TO CLAIMS   (Please Read Across)

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---:|---|---|---|---:|---|
| AMERICAN EXPRESS BANK | | | | | | | |
| | 04/19/2021 | $9.36 | 8002174 | | 05/17/2021 | $16.02 | 8002225 |
| | 06/21/2021 | $16.28 | 8002273 | | 07/19/2021 | $16.28 | 8002326 |
| | 08/16/2021 | $16.28 | 8002378 | | 09/20/2021 | $16.28 | 8002428 |
| | 10/18/2021 | $16.45 | 8002477 | | 11/17/2021 | $16.45 | 8002524 |
| | 12/13/2021 | $16.45 | 8002577 | | 01/10/2022 | $16.48 | 8002629 |
| | 02/14/2022 | $16.40 | 8002679 | | 03/14/2022 | $16.76 | 8002732 |
| | 04/18/2022 | $16.71 | 8002786 | | 05/16/2022 | $16.71 | 8002839 |
| | 06/20/2022 | $27.81 | 8002893 | | 07/18/2022 | $27.90 | 8002944 |
| | 08/15/2022 | $27.85 | 8002994 | | 09/19/2022 | $27.84 | 8003041 |
| | 10/17/2022 | $10.13 | 8003096 | | | | |
| AMERICAN EXPRESS NATIONAL BANK | | | | | | | |
| | 06/21/2021 | $5.06 | 872097 | | 09/20/2021 | $5.93 | 877315 |
| | 12/13/2021 | $5.99 | 882439 | | 03/14/2022 | $6.03 | 887496 |
| | 06/20/2022 | $7.45 | 892588 | | 08/15/2022 | $6.76 | 895883 |

**Chapter 13 Case # 19-26895**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| BANK OF AMERICA | | | | | | | |
| | 04/19/2021 | $13.32 | 868422 | | 04/19/2021 | $14.44 | 868422 |
| | 05/17/2021 | $24.72 | 870330 | | 05/17/2021 | $22.81 | 870330 |
| | 06/21/2021 | $23.19 | 872131 | | 06/21/2021 | $25.11 | 872131 |
| | 07/19/2021 | $25.12 | 873935 | | 07/19/2021 | $23.18 | 873935 |
| | 08/16/2021 | $23.18 | 875618 | | 08/16/2021 | $25.12 | 875618 |
| | 09/20/2021 | $25.12 | 877345 | | 09/20/2021 | $23.18 | 877345 |
| | 10/18/2021 | $23.43 | 879122 | | 10/18/2021 | $25.38 | 879122 |
| | 11/17/2021 | $25.38 | 880833 | | 11/17/2021 | $23.43 | 880833 |
| | 12/13/2021 | $23.43 | 882469 | | 12/13/2021 | $25.38 | 882469 |
| | 01/10/2022 | $25.43 | 884125 | | 01/10/2022 | $23.34 | 884125 |
| | 02/14/2022 | $23.54 | 885809 | | 02/14/2022 | $25.31 | 885809 |
| | 03/14/2022 | $25.84 | 887520 | | 03/14/2022 | $23.71 | 887520 |
| | 04/18/2022 | $23.80 | 889221 | | 04/18/2022 | $25.79 | 889221 |
| | 05/16/2022 | $25.78 | 890932 | | 05/16/2022 | $23.79 | 890932 |
| | 06/20/2022 | $39.74 | 892618 | | 06/20/2022 | $42.91 | 892618 |
| | 07/18/2022 | $43.05 | 894348 | | 07/18/2022 | $39.65 | 894348 |
| | 08/15/2022 | $39.66 | 895916 | | 08/15/2022 | $42.97 | 895916 |
| | 09/19/2022 | $42.94 | 897514 | | 09/19/2022 | $39.62 | 897514 |
| | 10/17/2022 | $14.42 | 899189 | | 10/17/2022 | $15.63 | 899189 |
| CAVALRY SPV I LLC | | | | | | | |
| | 04/19/2021 | $14.38 | 868499 | | 05/17/2021 | $24.63 | 870396 |
| | 06/21/2021 | $25.02 | 872206 | | 07/19/2021 | $25.02 | 874004 |
| | 08/16/2021 | $25.02 | 875686 | | 09/20/2021 | $25.02 | 877417 |
| | 10/18/2021 | $25.29 | 879198 | | 11/17/2021 | $25.29 | 880903 |
| | 12/13/2021 | $25.29 | 882538 | | 01/10/2022 | $25.34 | 884194 |
| | 02/14/2022 | $25.21 | 885885 | | 03/14/2022 | $25.74 | 887593 |
| | 04/18/2022 | $25.69 | 889301 | | 05/16/2022 | $25.69 | 891003 |
| | 06/20/2022 | $42.75 | 892692 | | 07/18/2022 | $42.89 | 894412 |
| | 08/15/2022 | $42.81 | 895988 | | 09/19/2022 | $42.77 | 897586 |
| | 10/17/2022 | $15.57 | 899251 | | | | |
| DISCOVER BANK | | | | | | | |
| | 05/17/2021 | $9.72 | 870479 | | 06/21/2021 | $6.25 | 872290 |
| | 07/19/2021 | $6.24 | 874082 | | 08/16/2021 | $6.24 | 875765 |
| | 09/20/2021 | $6.24 | 877508 | | 10/18/2021 | $6.31 | 879277 |
| | 11/17/2021 | $6.31 | 880988 | | 12/13/2021 | $6.31 | 882619 |
| | 01/10/2022 | $6.28 | 884271 | | 02/14/2022 | $6.34 | 885969 |
| | 03/14/2022 | $6.38 | 887671 | | 04/18/2022 | $6.41 | 889386 |
| | 05/16/2022 | $6.41 | 891079 | | 06/20/2022 | $10.70 | 892775 |
| | 07/18/2022 | $10.64 | 894487 | | 08/15/2022 | $10.68 | 896062 |
| | 09/19/2022 | $10.70 | 897670 | | | | |

**Chapter 13 Case # 19-26895**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| DISCOVER STUDENT LOANS | | | | | | | |
| | 04/19/2021 | $23.03 | 868590 | | 04/19/2021 | $23.91 | 868590 |
| | 04/19/2021 | $21.74 | 868590 | | 04/19/2021 | $20.85 | 868590 |
| | 05/17/2021 | $35.70 | 870487 | | 05/17/2021 | $11.61 | 870487 |
| | 05/17/2021 | $37.21 | 870487 | | 05/17/2021 | $40.94 | 870487 |
| | 05/17/2021 | $39.43 | 870487 | | 06/21/2021 | $40.06 | 872298 |
| | 06/21/2021 | $41.59 | 872298 | | 06/21/2021 | $37.82 | 872298 |
| | 06/21/2021 | $7.46 | 872298 | | 06/21/2021 | $36.28 | 872298 |
| | 07/19/2021 | $36.28 | 874090 | | 07/19/2021 | $7.45 | 874090 |
| | 07/19/2021 | $37.82 | 874090 | | 07/19/2021 | $41.60 | 874090 |
| | 07/19/2021 | $40.07 | 874090 | | 08/16/2021 | $40.07 | 875773 |
| | 08/16/2021 | $41.60 | 875773 | | 08/16/2021 | $37.82 | 875773 |
| | 08/16/2021 | $7.45 | 875773 | | 08/16/2021 | $36.28 | 875773 |
| | 09/20/2021 | $36.28 | 877516 | | 09/20/2021 | $7.45 | 877516 |
| | 09/20/2021 | $37.81 | 877516 | | 09/20/2021 | $41.60 | 877516 |
| | 09/20/2021 | $40.07 | 877516 | | 10/18/2021 | $40.49 | 879285 |
| | 10/18/2021 | $42.04 | 879285 | | 10/18/2021 | $38.22 | 879285 |
| | 10/18/2021 | $7.53 | 879285 | | 10/18/2021 | $36.66 | 879285 |
| | 11/17/2021 | $36.66 | 880996 | | 11/17/2021 | $7.53 | 880996 |
| | 11/17/2021 | $38.22 | 880996 | | 11/17/2021 | $42.04 | 880996 |
| | 11/17/2021 | $40.49 | 880996 | | 12/13/2021 | $40.49 | 882627 |
| | 12/13/2021 | $42.04 | 882627 | | 12/13/2021 | $38.22 | 882627 |
| | 12/13/2021 | $7.53 | 882627 | | 12/13/2021 | $36.66 | 882627 |
| | 01/10/2022 | $36.72 | 884279 | | 01/10/2022 | $7.55 | 884279 |
| | 01/10/2022 | $38.08 | 884279 | | 01/10/2022 | $41.89 | 884279 |
| | 01/10/2022 | $40.56 | 884279 | | 02/14/2022 | $40.37 | 885977 |
| | 02/14/2022 | $42.24 | 885977 | | 02/14/2022 | $38.40 | 885977 |
| | 02/14/2022 | $7.51 | 885977 | | 02/14/2022 | $36.55 | 885977 |
| | 03/14/2022 | $37.32 | 887679 | | 03/14/2022 | $7.67 | 887679 |
| | 03/14/2022 | $38.69 | 887679 | | 03/14/2022 | $42.56 | 887679 |
| | 03/14/2022 | $41.22 | 887679 | | 04/18/2022 | $41.13 | 889395 |
| | 04/18/2022 | $42.70 | 889395 | | 04/18/2022 | $38.82 | 889395 |
| | 04/18/2022 | $7.65 | 889395 | | 04/18/2022 | $37.24 | 889395 |
| | 05/16/2022 | $37.24 | 891088 | | 05/16/2022 | $7.65 | 891088 |
| | 05/16/2022 | $38.82 | 891088 | | 05/16/2022 | $42.70 | 891088 |
| | 05/16/2022 | $41.13 | 891088 | | 06/20/2022 | $68.45 | 892784 |
| | 06/20/2022 | $71.33 | 892784 | | 06/20/2022 | $64.84 | 892784 |
| | 06/20/2022 | $12.73 | 892784 | | 06/20/2022 | $61.98 | 892784 |
| | 07/18/2022 | $62.18 | 894496 | | 07/18/2022 | $12.78 | 894496 |
| | 07/18/2022 | $64.49 | 894496 | | 07/18/2022 | $70.94 | 894496 |
| | 07/18/2022 | $68.68 | 894496 | | 08/15/2022 | $68.55 | 896071 |
| | 08/15/2022 | $71.17 | 896071 | | 08/15/2022 | $64.70 | 896071 |
| | 08/15/2022 | $12.75 | 896071 | | 08/15/2022 | $62.07 | 896071 |
| | 09/19/2022 | $62.02 | 897679 | | 09/19/2022 | $12.73 | 897679 |
| | 09/19/2022 | $64.82 | 897679 | | 09/19/2022 | $71.30 | 897679 |
| | 09/19/2022 | $68.50 | 897679 | | 10/17/2022 | $24.93 | 899336 |
| | 10/17/2022 | $25.88 | 899336 | | 10/17/2022 | $23.53 | 899336 |
| | 10/17/2022 | $22.57 | 899336 | | | | |
| ECMC | | | | | | | |
| | 09/20/2021 | $6.00 | 877525 | | 02/14/2022 | $5.47 | 885989 |
| | 06/20/2022 | $5.18 | 892795 | | 09/19/2022 | $5.55 | 897688 |
| LAKEVIEW LOAN SERVICING LLC | | | | | | | |
| | 08/17/2020 | $28.90 | 853896 | | 09/21/2020 | $277.50 | 855674 |
| | 10/19/2020 | $277.50 | 857573 | | 11/16/2020 | $277.50 | 859368 |
| | 12/21/2020 | $277.50 | 861156 | | 01/11/2021 | $277.50 | 862999 |
| | 02/22/2021 | $277.50 | 864597 | | 03/15/2021 | $277.50 | 866510 |
| | 04/19/2021 | $115.40 | 868117 | | | | |

**Chapter 13 Case # 19-26895**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| MIDLAND FUNDING LLC | | | | | | | |
| | 05/17/2021 | $6.14 | 869746 | | 07/19/2021 | $7.87 | 873369 |
| | 09/20/2021 | $7.88 | 876778 | | 11/17/2021 | $7.96 | 880287 |
| | 01/10/2022 | $7.99 | 883590 | | 03/14/2022 | $8.02 | 886995 |
| | 05/16/2022 | $8.09 | 890424 | | 06/20/2022 | $6.73 | 892074 |
| | 07/18/2022 | $6.76 | 893843 | | 08/15/2022 | $6.74 | 895422 |
| | 09/19/2022 | $6.74 | 896987 | | | | |
| PRA RECEIVABLES MANAGEMENT LLC | | | | | | | |
| | 05/17/2021 | $12.00 | 8002234 | | 06/21/2021 | $7.71 | 8002277 |
| | 07/19/2021 | $7.70 | 8002330 | | 08/16/2021 | $7.70 | 8002383 |
| | 09/20/2021 | $7.70 | 8002432 | | 10/18/2021 | $7.78 | 8002481 |
| | 11/17/2021 | $7.78 | 8002529 | | 12/13/2021 | $7.79 | 8002581 |
| | 01/10/2022 | $7.82 | 8002633 | | 02/14/2022 | $7.76 | 8002683 |
| | 03/14/2022 | $7.92 | 8002741 | | 04/18/2022 | $7.91 | 8002785 |
| | 05/16/2022 | $7.91 | 8002843 | | 06/20/2022 | $13.16 | 8002892 |
| | 07/18/2022 | $13.21 | 8002950 | | 08/15/2022 | $13.18 | 8002997 |
| | 09/19/2022 | $13.16 | 8003048 | | | | |
| QUANTUM3 GROUP LLC | | | | | | | |
| | 07/18/2022 | $5.33 | 8002945 | | | | |
| SANTANDER BANK NA | | | | | | | |
| | 05/17/2021 | $5.18 | 870944 | | 07/19/2021 | $6.63 | 874519 |
| | 09/20/2021 | $6.65 | 878000 | | | | |
| SANTANDER BANK, N.A. | | | | | | | |
| | 11/17/2021 | $6.72 | 881432 | | 01/10/2022 | $6.74 | 884716 |
| | 03/14/2022 | $6.76 | 888130 | | 05/16/2022 | $6.82 | 891538 |
| | 06/20/2022 | $5.70 | 893259 | | 07/18/2022 | $5.67 | 894913 |
| | 08/15/2022 | $5.69 | 896492 | | 09/19/2022 | $5.69 | 898123 |
| TRANSWORLD SYSTEMS, INC | | | | | | | |
| | 05/17/2021 | $5.05 | 871248 | | 07/19/2021 | $6.46 | 874825 |
| | 09/20/2021 | $6.48 | 878324 | | 11/17/2021 | $6.54 | 881731 |
| | 01/10/2022 | $6.56 | 885015 | | 03/14/2022 | $6.59 | 888420 |
| | 05/16/2022 | $6.65 | 891828 | | 06/20/2022 | $5.53 | 893579 |
| | 07/18/2022 | $5.55 | 895206 | | 08/15/2022 | $5.54 | 896752 |
| | 09/19/2022 | $5.53 | 898427 | | | | |
| VERIZON BY AMERICAN INFOSOURCE AS AGENT | | | | | | | |
| | 10/18/2021 | $5.42 | 878881 | | 01/10/2022 | $5.36 | 883880 |
| | 04/18/2022 | $5.04 | 888938 | | 08/15/2022 | $5.08 | 895655 |
| | 08/15/2022 | $5.16 | 895655 | | | | |

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed, to and including: November 08, 2022.

Receipts: $12,300.00   -   Paid to Claims: $8,023.74   -   Admin Costs Paid: $3,746.60   =   Funds on Hand: $529.66

Base Plan Amount: $11,800.00   -   Receipts: $12,300.00   =   Total Unpaid Balance: **($500.00)

**NOTE: THIS IS AN APPROXIMATE BALANCE. ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.